# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 14, 2021

## NO. 03-20-00557-CV

**D. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMTH**
**AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the final order in suit affecting parent-child relationship signed by the trial court on November 3, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.